**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SUNSHINE BURKE**                                                                                      **PLAINTIFF**

**v.**                                        **Case No. 3:25-cv-00216-JTK**

**FRANK BISIGNANO**                                                                                  **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to

the Commissioner for further administrative proceedings. (Doc. No. 13) Upon examination of the

merits of this case, this Court grants the motion and reverses and remands this case to the

Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42

U.S.C.§405(g).

SO ORDERED THIS 7th day of April, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE