**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SUNSHINE BURKE**                                                                    **PLAINTIFF**


**v.**                                         **Case No. 3:25-cv-00216-JTK**


**FRANK BISIGNANO**                                                              **DEFENDANT**
**Acting Commissioner**
**Social Security**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings

pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 7th day of April, 2026.


_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE